IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-03008-D

| | | |
|---|---|---|
| JEFFRAY WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM FULLERTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 6, 2026, Jeffray Whitehead ("plaintiff"), a state inmate proceeding without prepayment of fees, filed pro se a complaint under 42 U.S.C. § 1983. [D.E. 1, 4, 5, 9].

Plaintiff was released from incarceration on March 6, 2026. See N.C. Dep't of Adult Corr., Offender Search, https://www.ncinmatesearch.org/NC_DPS.html (search by inmate number) (last visited Mar. 23, 2026). Plaintiff, however, did not provide the court with an updated address, in violation of the court's Local Civil Rule 83.3.

Accordingly, the court DISMISSES the action without prejudice for failure to prosecute. The clerk shall close the case.

SO ORDERED. This _23_ day of March, 2026.

JAMES C. DEVER III
United States District Judge